**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-00293-KES                                 Date: May 14, 2026

Title:  Jasmine Gentle, et al. v. Richland Holdings, Inc., et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          **Order to Show Cause**

Plaintiffs filed this action on February 6, 2026.  (Dkt. 1.)  Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed.  Although that 90-day deadline expired on May 7, 2026, Plaintiffs have not filed any proof of service as of the date of this order.

IT IS THEREFORE ORDERED that, **on or before May 21, 2026**, Plaintiffs shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendants.

Initials of Deputy Clerk JD