JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JASMINE GENTLE, et al.,

    Plaintiffs,

v.

RICHLAND HOLDINGS, INC., et al.,

    Respondents.

Case No. 8:26-cv-00293-KES

**JUDGMENT**

Pursuant to the order granting Defendants' motion to dismiss for lack of jurisdiction (Dkt. 25), it is hereby ADJUDGED that the case is dismissed without prejudice and without leave to amend.

DATED: July 8, 2026



_____

KAREN E. SCOTT

UNITED STATES MAGISTRATE JUDGE